**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: STEPHANIE JONES NORWOOD
AND STEVEN WAYNE NORWOOD                           CHAPTER 13

DEBTORS                                             CASE NO. 19-12027 JDW

### ORDER GRANTING MOTION TO MODIFY [DKT. # 63]

This matter came before the Court upon the Motion of the Debtors, Stephanie Jones Norwood and Steven Wayne Norwood, requesting the issuance of an order directing modification of Chapter 13 Plan after confirmation, and it appearing unto the Court that no timely responses have been filed, the Motion is due to be granted.

**IT IS, THEREFORE, ORDERED**, that:

1. The Motion is hereby granted;

2. The Debtors' confirmed Plan (Dkt. #46) (the "Plan") be modified to provide treatment of Ally Financial's claim (Clm . #16) by paying the remaining balance in full with proceeds from an insurance claim and any remaining proceeds be refunded to the Debtors, so they can obtain a replacement vehicle;

3. The Trustee shall adjust the wage order accordingly.

#ENDOFORDER#

**Submitted by:**
**/s/Robert H. Lomenick**
**KAREN B. SCHNELLER, MSB 6558**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 39635**
**662-252-3224/karen.schneller@gmail.com**
**robert@northmsbankruptcy.com**
**ATTORNEYS FOR DEBTOR**