Case 19-12027-JDW    Doc 89    Filed 08/05/22    Entered 08/05/22 10:12:19    Desc
0004-73-EPIEXX-00436758-180406           Page 1 of 4

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re:  STEPHANIE JONES NORWOOD                                          Case No.:  19-12027-JDW
        STEVEN WAYNE NORWOOD
              Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  05/14/2019.
2) The plan was confirmed on  09/26/2019.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  04/14/2021.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  11/06/2020, 08/09/2021.
5) The case was dismissed on  05/11/2022.
6) Number of months from filing or conversion to last payment:  35.
7) Number of months case was pending:  38.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  105,534.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $56,627.24 | |
| Less amount refunded to debtor: | $2,135.49 | |
| **NET RECEIPTS:** | | $54,491.75 |

**Expenses of Administration:**
| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,410.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,640.69 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $7,050.69 |
| Attorney fees paid and disclosed by debtor: | $190.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL CORP | Unsecured | 160.00 | 272.50 | 272.50 | .00 | .00 |
| ACCOUNT CONTROL TECH | Secured | NA | NA | NA | .00 | .00 |
| ADP LLC | Secured | NA | NA | NA | .00 | .00 |
| ALLY FINANCIAL | Secured | 16,610.54 | 17,308.92 | 14,575.00 | 14,575.00 | 1,441.26 |
| ALLY FINANCIAL | Secured | NA | NA | NA | .00 | .00 |
| ALLY FINANCIAL | Unsecured | NA | 2,733.92 | 2,733.92 | 2,733.92 | .00 |
| AMERICAN CORADIUS INTERNATIONAL | Secured | NA | NA | NA | .00 | .00 |
| AMERICAN CORADIUS INTERNATIONAL | Secured | NA | NA | NA | .00 | .00 |
| BANK OF HOLLY SPRINGS | Secured | 88,000.00 | 87,238.29 | 23,880.57 | 23,880.57 | .00 |
| BANK OF HOLLY SPRINGS | Secured | 8,521.00 | 10,475.76 | 8,521.00 | 3,311.94 | .00 |
| BANK OF HOLLY SPRINGS | Secured | 1,954.76 | 2,932.14 | 2,932.14 | 1,139.66 | .00 |
| BAPTIST MEDICAL GROUP | Unsecured | 2,283.95 | NA | NA | .00 | .00 |
| BRUCE TELEPHONE COMPANY | Unsecured | 251.83 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: STEPHANIE JONES NORWOOD  
 STEVEN WAYNE NORWOOD  
 Debtor(s)

Case No.: 19-12027-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAMPBELL CLINIC | Unsecured | 177.81 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 948.68 | 948.68 | 948.68 | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | NA | 914.20 | 914.20 | .00 | .00 |
| CHARTER MEDICAL | Unsecured | 147.72 | NA | NA | .00 | .00 |
| CHICKASAW COUNTY JUSTICE COURT | Secured | NA | NA | NA | .00 | .00 |
| COFFEEVILLE JUSTICE COURT | Secured | NA | NA | NA | .00 | .00 |
| COMENITY BANK | Unsecured | 1,365.01 | NA | NA | .00 | .00 |
| CORRECT CARE INC | Unsecured | 75.00 | NA | NA | .00 | .00 |
| CREDENCE | Secured | NA | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE CORP | Secured | 354.33 | 354.00 | 354.00 | 354.00 | .33 |
| CSPIRE | Unsecured | 1,363.04 | NA | NA | .00 | .00 |
| CT CORPORATION | Secured | NA | NA | NA | .00 | .00 |
| DIRECTV, LLC BY AMERICAN INFOSOUR | Unsecured | 442.00 | 442.98 | 442.98 | .00 | .00 |
| FEDLOAN SERVICING | Unsecured | 56,477.00 | 56,351.18 | 56,351.18 | .00 | .00 |
| FRANKLIN COLLECTION SERVICES | Secured | NA | NA | NA | .00 | .00 |
| FROST ARNETT COMPANY | Secured | NA | NA | NA | .00 | .00 |
| HANGER CLINIC | Unsecured | 175.82 | NA | NA | .00 | .00 |
| HEARTLAND ECSI | Unsecured | 1,021.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | 23,000.00 | 103,685.66 | 103,685.66 | .00 | .00 |
| LAFAYETTE COUNTY JUSTICE COURT | Secured | NA | NA | NA | .00 | .00 |
| LAW OFFICE OF DAVID EDWARDS PC | Secured | NA | NA | NA | .00 | .00 |
| MARSHALL COUNTY CHANCERY CLERK | Secured | NA | NA | NA | .00 | .00 |
| MEDICAL FINANCIAL SERVICES | Unsecured | 103.04 | 682.03 | 682.03 | .00 | .00 |
| MEDICAL FINANCIAL SERVICES | Unsecured | 107.97 | 103.04 | 103.04 | .00 | .00 |
| MEDICAL FINANCIAL SERVICES | Unsecured | 44.25 | 35.40 | 35.40 | .00 | .00 |
| MEDICAL FINANCIAL SERVICES | Unsecured | 81.00 | 81.00 | 81.00 | .00 | .00 |
| MEDICAL FINANCIAL SERVICES | Unsecured | 13.58 | 35.40 | 35.40 | .00 | .00 |
| MID SOUTH CREDIT BUREAU | Unsecured | 733.32 | 786.96 | 786.96 | .00 | .00 |
| MID SOUTH CREDIT BUREAU | Unsecured | 3,180.29 | 2,911.32 | 2,911.32 | .00 | .00 |
| MITCHELL, MCNUTT & SAMS | Unsecured | 805.15 | NA | NA | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Late Taxes | 254.11 | 254.11 | 254.11 | 4.38 | .00 |
| MS DEPARTMENT OF REVENUE | Secured | NA | NA | NA | .00 | .00 |
| MURPHREES FRAME SUPPLY | Unsecured | 2,892.67 | NA | NA | .00 | .00 |
| PAYPAL CREDIT | Unsecured | 89.50 | NA | NA | .00 | .00 |
| RADIOLOGY ASSOC OF OXFORD | Secured | NA | NA | NA | .00 | .00 |
| RENASANT BANK | Unsecured | NA | NA | NA | .00 | .00 |
| ROSAMOND H POSEY | Secured | NA | NA | NA | .00 | .00 |
| SCHUMACHER CLINIC PARTNERS | Secured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: STEPHANIE JONES NORWOOD    Case No.: 19-12027-JDW
STEVEN WAYNE NORWOOD
Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SMITH ROUCHON & ASSOCIATES | Unsecured | 75.00 | NA | NA | .00 | .00 |
| STERN CARDIOVASCULAR CENTER | Unsecured | 4.00 | NA | NA | .00 | .00 |
| TRS RECOVERY | Secured | NA | NA | NA | .00 | .00 |
| TRS RECOVERY SERVICES | Unsecured | 246.59 | NA | NA | .00 | .00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 5,287.00 | NA | NA | .00 | .00 |
| UNITED COLLECTION BUREAU, INC | Secured | NA | NA | NA | .00 | .00 |
| UNITED EMERGENCY SERVICES, INC | Unsecured | 669.00 | NA | NA | .00 | .00 |
| URGENT CARE CLINIC | Unsecured | 55.00 | NA | NA | .00 | .00 |
| US DEPART OF EDUCATION | Secured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Secured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Secured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION/MOHI | Unsecured | NA | 5,586.52 | 5,586.52 | .00 | .00 |
| WELLS FARGO HOME MORTGAGE | Secured | NA | NA | NA | .00 | .00 |
| YALOBUSHA COUNTY CHANCERY CLEF | Secured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: STEPHANIE JONES NORWOOD  
STEVEN WAYNE NORWOOD  
　　　　Debtor(s)

Case No.: 19-12027-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| YALOBUSHA COUNTY TAX COLLECTOR | Secured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 23,880.57 | 23,880.57 | .00 |
| Mortgage Arrearage: | 11,453.14 | 4,451.60 | .00 |
| Debt Secured by Vehicle: | 14,929.00 | 14,929.00 | 1,441.59 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 50,262.71 | 43,261.17 | 1,441.59 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 175,824.90 | 2,738.30 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,050.69 |
| Disbursements to Creditors: | $47,441.06 |
| **TOTAL DISBURSEMENTS:** | $54,491.75 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 07/29/2022　　　　　　　　　　　By: /s/Locke D. Barkley  
　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.